# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN,<br>SHANNON HELMERS, and CHARLES DODSON<br><br>*Plaintiff(s)*<br>v.<br>DENISE JACKSON and RVSHARE, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:19-cv-28<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RVshare, LLC
c/o Registered Agent, Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes, Delaware 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Philip N. Elbert, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
615-244-1713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/24/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:19-cv-28

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RVshare, LLC
was received by me on *(date)* 04/24/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Printed Name [Sam Ibrion?] , who is designated by law to accept service of process on behalf of *(name of organization)* RVshare, LLC on *(date)* 05/02/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SEE ATTACHED DOCUMENTATION OF SERVICE UPON THE ABOVE-NAMED DEFENDANT BY USPS CERTIFIED MAIL.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/16/2019

*Server's signature*

Philip N. Elbert, Attorney for Plaintiffs
*Printed name and title*

Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000, Nashville TN 37203
*Server's address*

Additional information regarding attempted service, etc: