# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| **Ashton Hughes,** ) | |
| **Joshua VanDusen,** ) | |
| **Shannon Helmers, and** ) | |
| **Charles Dodson,** ) | |
| ) | |
| **Plaintiffs,** ) | No. 4:19-CV-00028-CLC-SKL |
| **v.** ) | |
| ) | **JURY DEMAND** |
| **Denise Jackson and,** ) | |
| **RVShare, LLC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Gerard M. Siciliano, and enters his appearance as counsel on behalf of Defendants, in the above lawsuit. All subsequent pleadings, court orders, and notices concerning this case should be copied to the undersigned.

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano
 **GERARD M. SICILIANO, BPR # 9647**
 **TESS HEISSERER, BPR**
 *Attorneys for Direct Insurance Company*
 P. O. Box 151
 Chattanooga, TN 37401-0151
 (423) 756-5034

1

## CERTIFICATE OF SERVICE

      This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      This 22 day of May, 2019.

                                **LUTHER-ANDERSON, PLLP**

                                By:   /s/ Gerard M. Siciliano
                                       **GERARD M. SICILIANO**

2

Case 4:19-cv-00028-CLC-SKL   Document 10   Filed 05/23/19   Page 2 of 2   PageID #: 50