UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN, SHANNON HELMERS, and CHARLES DODSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DENISE JACKSON and RVSHARE, LLC,<br><br>    Defendants. | Civil Action No. 4:19-CV-00028-CLC-SKL |

## STIPULATION EXTENDING THE TIME
## FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs and Defendant, RVshare, LLC ("RVshare"), by and through counsel and pursuant to Local Rule 12.1(a), hereby stipulate and agree that RVshare shall be entitled to an initial extension of 21 days, up to and including June 13, 2019, in which to respond to Plaintiffs' complaint in this action.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: s/Benjamin C. Aaron
Philip N. Elbert, No. 009430
Jeffrey A. Zager, No. 032451
Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com
*Attorneys for Plaintiffs*

**LUTHER-ANDERSON, PLLP**

By: s/ Gerard M. Siciliano
GERARD M. SICILIANO BPR# 9647
Suite 700 One Union Square
100 W. Martin Luther King Blvd.
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034
*Attorneys for Defendant RVshare, LLC*