# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

Ashton Hughes,                          )
Joshua VanDusen,                        )
Shannon Helmers, and                    )
Charles Dodson,                         )
                                        )
    Plaintiffs,       )          No. 4:19-CV-00028-CLC-SKL
v.                                      )
                                        )          **JURY DEMAND**
Denise Jackson and,                     )
RVShare, LLC.,                          )
                                        )
    Defendants.       )
                                        )

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, RVShare, LLC, hereby submits the following Corporate Disclosure Statement:

    RVShare LLC, is a Delaware Limited Liability Corporation registered as a Foreign For Profit LLC in the State of Ohio.

                    Respectfully submitted,

                    **LUTHER-ANDERSON, PLLP**

By:    /s/ Gerard M. Siciliano
             **GERARD M. SICILIANO, BPR # 9647**
             *Attorney for Defendant*
             P. O. Box 151
             Chattanooga, TN 37401-0151
             (423) 756-5034

1

## CERTIFICATE OF SERVICE

This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Benjamin Aaron
Neal & Harwell, PLC
*Counsel for Plaintiffs*
1201 Demonbreun St., Ste 1000
Nashville, TN 37203

This 5 day of June 2019.

**LUTHER-ANDERSON, PLLP**

By:   /s/ Gerard M. Siciliano
**GERARD M. SICILIANO**