UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| ASHTON HUGHES,<br>JOSHUA VANDUSEN,<br>SHANNON HELMERS, and<br>CHARLES DODSON | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 4:19-CV-00028-CLC-SKL |
| v. | )<br>) | |
| DENISE JACKSON and<br>RVSHARE, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## MOTION REQUESTING ADDITIONAL TIME FOR DEFENDANT TO ANSWER

COMES NOW Defendant, RVshare, LLC ("RVshare"), by and through counsel and pursuant to Local Rule 12.1(a), and good cause, moves the court for a second extension of 20 days, up to and including July 3, 2019, in which to respond to Plaintiffs' complaint in this action. Time is requested to adequately review contract documents to assert various defenses. Plaintiff counsel has indicated no opposition.

Respectfully submitted,

/s/ Gerard M. Siciliano
GERARD M. SICLIANO BPR# 9647
*Attorney for Defendants*
Suite 700 One Union Square
100 W. Martin Luther King Blvd.
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034
gms@lutheranderson.com

## CERTIFICATE OF SERVICE

This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Benjamin Aaron
Philip N. Elbert
Jeffrey A. Zager
Neal & Harwell, PLC
*Attorneys for Plaintiffs*
1201 Demonbreun St., Ste 1000
Nashville, TN 37203

This <u>12</u> day of <u>June</u> 2019.

**LUTHER-ANDERSON, PLLP**

By:  /s/ Gerard M. Siciliano
    **GERARD M. SICILIANO**