IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | | |
|---|---|---|
| **Ashton Hughes,** | ) | |
| **Joshua VanDusen,** | ) | |
| **Shannon Helmers, and** | ) | |
| **Charles Dodson,** | ) | |
| | ) | |
| Plaintiffs, | ) | No. 4:19-CV-00028-CLC-SKL |
| v. | ) | |
| | ) | **JURY DEMAND** |
| **Denise Jackson and,** | ) | |
| **RVShare, LLC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAW

TAKE NOTICE that Tess M. Heisserer is withdrawing as one of the attorneys of record for Defendants, as she is no longer associated with Luther-Anderson, PLLP and will no longer be associated with the above-captioned case. Please remove Ms. Heisserer from service effective July 29, 2019.

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano
**GERARD M. SICILIANO, BPR # 9647**
*Attorney for Defendants*
100 W. Martin Luther King Blvd. Ste 700
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034

1

## CERTIFICATE OF SERVICE

This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


This <u>29</u> day of <u>July, 2019</u>.


**LUTHER-ANDERSON, PLLP**


By:  /s/ Gerard M. Siciliano
     **GERARD M. SICILIANO**