Ashton Hughes, Joshua VanDusen, Shannon Helmers, and Charles Dodson

                      Plaintiff,

v.                                          Case No.   4:19-CV-00028-CLC-SKL

Denise Jackson and RVShare, LLC

                      Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for <sup>Defendants</sup>                ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 7, 2019

                                            */s/ Calli Kovalic*

                                            (Signature–hand signed)

Name: Calli Cordelia Kovalic

Firm: Luther-Anderson, PLLP

Address: 100 W. Martin Luther King Blvd
Suite 700
P.O. Box 151
Chattanooga, TN 37401-0151

Email address: cck@lutheranderson.com

Once your motion is granted, you must register for a CM/ECF account at http://www.tned.uscourts.gov/RegistrationForm.php.