IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| Ashton Hughes,<br>Joshua VanDusen,<br>Shannon Helmers, and<br>Charles Dodson,<br><br>    Plaintiffs,<br>v.<br><br>Denise Jackson and,<br>RVshare, LLC,<br><br>    Defendants. | Civil Action No. 4:19-cv-00028-CLC-SKL<br><br>Judge Curtis L. Collier<br>Magistrate Judge Susan K. Lee |

**STIPULATION FOR THE EXTENSION OF TIME FOR
DEFENDANTS DENISE JACKSON AND
RVSHARE LLC TO FILE THEIR RESPECTIVE ANSWERS
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, and for good cause, that Defendants DENISE JACKSON AND RVSHARE, LLC, may have additional time within which to file their respective Answers or otherwise respond to Plaintiffs' First Amended Complaint. Defendants DENISE JACKSON AND RVSHARE, LLC, shall file their respective Answers or otherwise respond to Plaintiffs' First Amended Complaint by Wednesday, August 28, 2019. Pursuant to Local Rule 12.1 and Fed. R. Civ. P. 6, this extension of time is permissible, without order of the Court, because it is an initial extension of time seeking a 21-day extension of time.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that good cause exists for this extension of time for Defendants DENISE JACKSON AND RVSHARE, LLC, to file their respective Answers or otherwise respond to Plaintiffs' First Amended Complaint, and there are no objections to this extension of time from Plaintiffs' attorneys.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to

sign the document, (2) Plaintiffs' counsel has concurred with the filing of this document, and (3) a record supporting this concurrence is available for inspection or production if so ordered.

                                          Respectfully submitted,

                                          **LUTHER-ANDERSON, PLLP**

DATED: AUGUST 26, 2019                    By: /S/ Calli C. Kovalic
                                          **GERARD M. SICILIANO, BPR # 9647**
                                          **CALLI KOVALIC, BPR #034876,** *pro hac vice*
                                          *Counsel for Denise Jackson and RV Share, LLC*
                                          100 W. MLK Blvd Suite 700
                                          Chattanooga, TN  37401-0151
                                          (423) 756-5034

                                          **NEAL & HARWELL, PLC**

DATED: AUGUST 26, 2019                    By: /S/Benjamin C. Aaron
                                            **PHILIP N. ELBERT, # 009430**
                                          **JEFFREY A. ZAGER, # 032451**
                                          **BENJAMIN C. AARON, # 034118**
                                          *Counsel for Plaintiffs*
                                          1201 Demonbren Street, Suite 1000
                                          Nashville, TN 37203
                                          (615) 244-1713

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of filing to the following:

  Philip N. Elbert, Esq.
  Jeffrey A. Zager, Esq.
  Benjamin C. Aaron, Esq.
  NEAL & HARWELL, PLC
  1201 Demonbren Street, Suite 1000
  Nashville, TN 37203

This 26th day of August, 2019.

The foregoing document was served via U.S. Mail upon the following:

  Herbert H. Slatery III
  Office of the Attorney General and Reporter
  P.O. Box 20207
  Nashville, TN 37202-0207

This 26th day of August, 2019.

**LUTHER-ANDERSON, PLLP**

By:  /S/ Calli C. Kovalic
  **CALLI KOVALIC, BPR #034876,** *pro hac vice*

3