UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN, SHANNON HELMERS, and CHARLES DODSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DENISE JACKSON and RVSHARE, LLC, | ) ) | 4:19-CV-28 |
| Defendants. | ) ) | Judge Curtis L. Collier |
| DENISE JACKSON, | ) ) | Magistrate Susan K. Lee |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| ASHTON HUGHES, *et al.*, | ) ) | |
| Counter-Defendants. | ) | |

## **O R D E R**

Counter-Plaintiff, Denise Jackson, filed and served an answer and counterclaim on July 12, 2019. (Doc. 22.) Plaintiffs/Counter-Defendants filed and served an amended complaint on July 24, 2019. (Doc. 25.) The parties filed a stipulation of extension of the deadline to respond to the amended complaint on August 26, 2019 (Doc. 29), and Defendant RVshare, LLC and Defendant/Counter-Plaintiff Jackson filed their respective answers to the amended complaint on the same day (Docs. 30, 31). No Counter-Defendant has yet responded to the counterclaim, however. A counter-defendant must respond to a counterclaim within twenty-one days of service.

Fed. R. Civ. P. 12(a)(1)(B).  It is hereby **ORDERED** that **within twenty-one days** of the date of entry of this Order:

(1) Counter-Defendants shall respond to the counterclaim; **OR**

(2) Counter-Plaintiff shall move for entry of default pursuant to Rule 55(a); **OR**

(3) Counter-Plaintiff shall show cause why her claims against Counter-Defendants should not be dismissed pursuant to Rule 41(b) and (c).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**