IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| ASHTON HUGHES, | ) | |
| JOSHUA VANDUSEN, | ) | |
| SHANNON HELMERS, and | ) | |
| CHARLES DODSON, | ) | Case No. 4:19-cv-00028-CLC-SKL |
| | ) | |
| Plaintiffs, | ) | JURY DEMAND |
| | ) | |
| v. | ) | |
| | ) | JUDGE COLLIER |
| DENISE JACKSON and | ) | MAGISTRATE JUDGE LEE |
| RVSHARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO STRIKE

Plaintiffs Ashton Hughes, Joshua Vandusen, Shannon Helmers, and Charles Dodson (collectively "Plaintiffs"), respectfully move this Court, pursuant to Fed. R. Civ. P. 12(f), to strike: (1) the seventeenth and twenty-fourth affirmative defenses of Defendant RVshare, LLC, and (2) the eleventh, fifteenth, nineteenth, and twentieth affirmative defenses of Defendant Denise Jackson.[1] For the reasons set forth in the accompanying Memorandum of Law, these affirmative defenses are insufficient, immaterial, impertinent, and/or scandalous and should each be stricken.

---

[1] Although Defendants RVshare, LLC and Denise Jackson each filed separate Answers to Plaintiffs' First Amended Complaint (D.E. 30 and 31), both are represented by the same counsel and have, effectively, asserted the same affirmative defenses at issue. Accordingly, in the interest of judicial economy, Plaintiffs file this single motion seeking to strike certain affirmative defenses from the Answers of both Defendants.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Jeffrey A. Zager
    Philip N. Elbert, No. 009430
    Jeffrey A. Zager, No. 032451
    Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served by the Court's Electronic Filing System upon the following counsel of record on this 16th day of September, 2019.

Gerard M. Siciliano, Esq.
Calli C. Kovalic, Esq.
LUTHER-ANDERSON, PLLP
100 W. MLK Blvd. Suite 700
Chattanooga, TN 37401-0151

*Counsel for Defendants RVshare, LLC
and Denise Jackson*

/s/ Jeffrey A. Zager