# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| Ashton Hughes,<br>Joshua VanDusen,<br>Shannon Helmers, and<br>Charles Dodson,<br><br>    Plaintiffs,<br>v.<br><br>Denise Jackson and,<br>RVShare, LLC.,<br><br>    Defendants. | No. 4:19-CV-00028-CLC-SKL<br><br>**JURY DEMAND** |

## NOTICE OF WITHDRAW

TAKE NOTICE that Calli C. Kovalic is withdrawing as one of the attorneys of record for Defendants, as she is no longer associated with Luther-Anderson, PLLP, and will no longer be associated with the above-captioned case. Please remove Ms. Kovalic from service effective September 27, 2019

    Respectfully submitted,

    **LUTHER-ANDERSON, PLLP**

    By:   /s/ Gerard M. Siciliano
    **GERARD M. SICILIANO, BPR # 9647**
    *Attorney for Defendants*
    100 W. Martin Luther King Blvd. Ste 700
    P. O. Box 151
    Chattanooga, TN 37401-0151
    (423) 756-5034

# CERTIFICATE OF SERVICE

I hereby certify that on the 26[h] day of September 2019 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of filing to the following:

Philip N. Elbert, Esq.
Jeffrey A. Zager, Esq.
Benjamin C. Aaron, Esq.
NEAL & HARWELL, PLC
1201 Demonbren Street, Suite 1000
Nashville, TN 37203

This 26th day of September 2019.

The foregoing document was served via U.S. Mail upon the following:

Herbert H. Slatery III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

This 26th day of September 2019.

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano
**GERARD M. SICILIANO, BPR # 9647**