UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN, ) <br> SHANNON HELMERS, and ) <br> CHARLES DODSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENISE JACKSON and RVSHARE, LLC, ) <br> ) <br> Defendants. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) <br> ) <br> DENISE JACKSON, ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHTON HUGHES, *et al.*, ) <br> ) <br> Counter-Defendants. ) | 4:19-CV-28 <br><br> Judge Curtis L. Collier <br><br> Magistrate Susan K. Lee |

## **O R D E R**

Before the Court is a motion by Counter-Defendants Joshua VanDusen, Shannon Helmers, and Charles Dodson to dismiss the counterclaim of Counter-Plaintiff, Denise Jackson, against them for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 36.) Counter-Defendant Ashton Hughes did not join the motion (*see id.*), but filed an answer to the counterclaim (Doc. 37). Counter-Plaintiff responded on September 26, 2019, agreeing to the dismissal of her counterclaim against these Counter-Defendants, but asking that the dismissal be without prejudice. (Doc. 39.) Counter-Defendants have not responded to Counter-Plaintiff's

request that the dismissal be without prejudice, and the time for them to file their optional reply brief has expired. *See* E.D. Tenn. L.R. 7.1(a).

For good cause shown, the motion (Doc. 36) is **GRANTED**. Counter-Plaintiff's counterclaim is **DISMISSED WITHOUT PREJUDICE** as to Counter-Defendants Joshua VanDusen, Shannon Helmers, and Charles Dodson.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**