# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | | |
|---|---|---|
| **Ashton Hughes,** | ) | |
| **Joshua VanDusen,** | ) | |
| **Shannon Helmers, and** | ) | |
| **Charles Dodson,** | ) | |
| | ) | |
|     Plaintiffs, | ) | No. 4:19-CV-00028-CLC-SKL |
| v. | ) | |
| | ) | **JURY DEMAND** |
| **Denise Jackson and,** | ) | |
| **RVShare, LLC.,** | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

COME NOW the undersigned counsel and hereby give notice of their appearance on behalf of Defendant RVShare, LLC, in the above entitled action. All further notices and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon said attorney.

Respectfully submitted this 15th day of October, 2019.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
920 McCallie Avenue
Chattanooga, TN 37403
Phone: 423-777-4693
Fax: 423-648-2283

## CERTIFICATE OF SERVICE

       This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

This 15th day of October, 2019

                                   **COPELAND, STAIR, KINGMA & LOVELL, LLP**

                                   */s/ G. Graham Thompson*