IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| Ashton Hughes, <br> Joshua VanDusen, <br> Shannon Helmers, and <br> Charles Dodson, <br>     Plaintiffs, <br> v. <br><br> Denise Jackson and, <br> RVShare, LLC., <br>     Defendants. | No. 4:19-CV-00028-CLC-SKL <br><br> JURY DEMAND |

## MOTION TO WITHDRAWAL AS COUNSEL FOR RVSHARE, INC.

Pursuant to Rule 83.4(f) of the Local Rules of The United States District for the Eastern District of Tennessee, Gerard M. Siciliano and the law firm of Luther Anderson, PLLP, hereby submits the following Motion to Withdrawal of Counsel for Defendant RVShare, Inc., as RVShare Inc. is now represented by Angela Kopet and G. Graham Thompson of Copeland, Stair, Kingma & Lovell, LLP. Mr. Siciliano and Luther-Anderson PLLP should remain in the court's docket as counsel for Defendant Denise Jackson.

Respectfully submitted,

LUTHER-ANDERSON, PLLP

By: /s/ Gerard M. Siciliano
    GERARD M. SICILIANO, BPR #9647
    *Attorney for Denise Jackson*
    100 W. Martin Luther King Blvd Ste 700
    Chattanooga, TN 37402
    (423) 756-5034

1

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of filing to the following:

Philip N. Elbert, Esq.
Jeffrey A. Zager, Esq.
Benjamin C. Aaron, Esq.
NEAL & HARWELL, PLC
1201 Demonbren Street, Suite 1000
Nashville, TN 37203

This 17 day of October 2019.

The foregoing document was served via U.S. Mail upon the following:

Herbert H. Slatery III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Angela Cirina Kopet
G. Graham Thompson
Copeland, Stair, Kingma & Lovell, LLP
920 McCallie Avenue
Chattanooga, TN 37403

This 17 day of October 2019.

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano
**GERARD M. SICILIANO, BPR # 9647**