# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| Ashton Hughes, <br> Joshua VanDusen, <br> Shannon Helmers, and <br> Charles Dodson, <br><br>     Plaintiffs, <br> v. <br><br> Denise Jackson and, <br> RVShare, LLC., <br><br>     Defendants. | No. 4:19-CV-00028-CLC-SKL <br><br> **JURY DEMAND** |

## NOTICE OF APPEARANCE

Comes now the undersigned, Alan C. Blount, and enters his appearance as additional counsel on behalf of Defendant Denise Jackson in the above lawsuit. All subsequent pleadings, court orders, and notices concerning this case should be copied to the undersigned.

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**

By:   /s/ Alan C. Blount
     **GERARD M. SICILIANO, BPR # 9647**
     **ALAN C. BLOUNT, BPR # 035048**
     *Attorneys for Denise Jackson*
     100 W. Martin Luther King Blvd Ste 700
     P. O. Box 151
     Chattanooga, TN 37401-0151
     (423) 756-5034

1

# CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of filing to the following:

Philip N. Elbert, Esq.
Jeffrey A. Zager, Esq.
Benjamin C. Aaron, Esq.
NEAL & HARWELL, PLC
1201 Demonbren Street, Suite 1000
Nashville, TN 37203

Angela Cirina Kopet
G. Graham Thompson
Copeland, Stair, Kingma & Lovell, LLP
920 McCallie Avenue
Chattanooga, TN 37403

This 30 day of October, 2019.

The foregoing document was served via U.S. Mail upon the following:

Herbert H. Slatery III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

This 30 day of October, 2019.

                                        **LUTHER-ANDERSON, PLLP**

                                    By:    /s/ Gerard M. Siciliano
                                                  **GERARD M. SICILIANO**