IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE, WINCHESTER DIVISION

| | | |
|---|---|---|
| **Ashton Hughes,** | ) | |
| **Joshua VanDusen,** | ) | |
| **Shannon Helmers, and** | ) | |
| **Charles Dodson,** | ) | |
| | ) | |
| Plaintiffs, | ) | No. 4:19-CV-00028-CLC-SKL |
| v. | ) | |
| | ) | **JURY DEMAND** |
| **Denise Jackson and,** | ) | |
| **RVshare, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT RVSHARE LLC'S NOTICE OF SERVING WRITTEN DISCOVERY

COMES NOW Defendant RVshare, LLC ("RVshare"), and hereby notifies the Court that on this day its attorneys served upon all counsel referenced below the following documents via U.S. Mail:

1. RVshare LLC's Interrogatories and Requests for Production to Plaintiff Ashton Hughes;

2. RVshare LLC's Interrogatories and Requests for Production to Plaintiff Joshua VanDusen;

3. RVshare LLC's Interrogatories and Requests for Production to Plaintiff Shannon Helmers;

4. RVshare LLC's Interrogatories and Requests for Production to Plaintiff Charles Dodson.

Respectfully submitted this 20th day of May, 2020.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
735 Broad Street, Suite 1204
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283

7271065v.11

# CERTIFICATE OF SERVICE

This is to certify the foregoing was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

This 20th day of May, 2020.

        **COPELAND, STAIR, KINGMA & LOVELL, LLP**

        */s/ G. Graham Thompson*