IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN, SHANNON HELMERS, and CHARLES DODSON, <br><br>    Plaintiffs, <br><br> v. <br><br> DENISE JACKSON and RVSHARE, LLC, <br><br>    Defendants. | Case No. 4:19-cv-00028-CLC-SKL <br><br> JURY DEMAND <br><br> JUDGE COLLIER <br> MAGISTRATE JUDGE LEE |

**DEFENDANT RVSHARE LLC'S NOTICE OF SERVING RESPONSES TO PLAINTIFF ASHTON HUGHES' REQUESTS FOR ADMISSION**

COMES NOW Defendant RVshare, LLC ("RVshare"), and hereby notifies the Court that on this day its attorneys served upon counsel for all parties the following documents via U.S. Mail:

1. RVshare LLC's Responses to Plaintiff Ashton Hughes' Requests for Admission.

Respectfully submitted this 20th of July, 2020.

        **COPELAND, STAIR, KINGMA & LOVELL, LLP**

        */s/ G. Graham Thompson*
        ANGELA CIRINA KOPET, BPR 017921
        G. GRAHAM THOMPSON, BPR 034467
        735 Broad Street, Suite 1204
        Chattanooga, TN 37402
        Phone: 423-713-7075
        Fax: 423-648-2283

# CERTIFICATE OF SERVICE

This is to certify the foregoing was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and as indicated below:

| | |
|---|---|
| Philip N. Elbert, Esq. <br> Jeffrey A. Zager, Esq. <br> Benjamin C. Aaron, Esq. <br> NEAL & HARWELL, PLC <br> 1202 Demonbreun St., Suite 1000 <br> Nashville, TN 37203 <br> (615) 244-1713 <br> *Attorneys for Plaintiffs* | Gerard M. Siciliano, Esq. <br> Alan C. Blount, Esq. <br> LUTHER-ANDERSON, PLLP <br> 100 W. MLK Blvd., Suite 700 <br> Chattanooga, TN 37401 <br> (423) 756-5034 <br> *Attorneys for Denise Jackson* |

This 20th of July, 2020.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*