IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES, ) <br> JOSHUA VANDUSEN, ) <br> SHANNON HELMERS, and ) <br> CHARLES DODSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENISE JACKSON and ) <br> RVSHARE, LLC, ) <br> ) <br> Defendants. ) <br> ————————————— ) <br> ) <br> DENISE JACKSON, ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHTON HUGHES, ) <br> ) <br> Counter-Defendant. ) | Case No. 4:19-cv-00028-CLC-SKL <br><br> JURY DEMAND <br><br> JUDGE COLLIER <br> MAGISTRATE JUDGE LEE |

**JOINT MOTION TO EXTEND DEADLINES TO DISCLOSE EXPERTS
AND SERVE FINAL WITNESS LISTS**

Plaintiffs, Ashton Hughes, Joshua VanDusen, Shannon Helmers, and Charles Dodson, and Defendants, Denise Jackson and RVshare, LLC, respectfully move the Court to extend the deadlines set forth in the Scheduling Order (Dkt. 47) for the parties to disclose experts and serve their final witness lists.

Under the current deadlines in the Scheduling Order, Plaintiffs must disclose expert testimony in accordance with Rule 26(a)(2) by August 13, 2020, and Defendants must do so by

September 30, 2020. The parties' final witness lists must be provided in accordance with Rule 26(a)(3)(A)(i) on or before October 23, 2020.

The parties agree that additional time is required to meet these deadlines and request that the Court extend the deadline for Plaintiffs to disclose expert testimony to **September 11, 2020**; extend the deadline for Defendants to disclose expert testimony to **October 29, 2020**; and extend the deadline for the parties to provide final witness lists to **November 13, 2020**.

Trial is not set until May 10, 2021. No other deadlines, including the trial date, will be affected by these extensions.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Benjamin C. Aaron
    Philip N. Elbert, No. 009430
    Jeffrey A. Zager, No. 032451
    Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com

*Counsel for Plaintiffs*


**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano (with permission)
**GERARD M. SICILIANO, BPR # 9647**
**ALAN C. BLOUNT, BPR # 035048**
100 W. Martin Luther King Blvd Ste 700
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034

*Attorneys for Denise Jackson*

2

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

/s/ G. Graham Thompson (with permission)
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
920 McCallie Avenue
Chattanooga, TN 37403
Phone: 423-777-4693
Fax: 423-648-2283

*Counsel for RVShare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by the Court's Electronic Filing System upon the following counsel of record on this 11th day of August, 2020.

| | |
|---|---|
| Gerard M. Siciliano, Esq. | Angela Cirina Kopet, Esq. |
| Alan C. Blount, Esq. | G. Graham Thompson, Esq. |
| LUTHER-ANDERSON, PLLP | COPELAND, STAIR, KINGMA & LOVELL, LLP |
| 100 W. MLK Blvd. Suite 700 | 920 McCallie Avenue |
| Chattanooga, TN 37401-0151 | Chattanooga, TN 37403 |
| *Counsel for Defendant Denise Jackson* | *Counsel for Defendant RVShare, LLC* |

Herbert H. Slatery III
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
*(via U.S. Mail only)*

/s/ Benjamin C. Aaron

3