# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES,<br>JOSHUA VANDUSEN,<br>SHANNON HELMERS, and<br>CHARLES DODSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DENISE JACKSON and<br>RVSHARE, LLC,<br><br>    Defendants.<br><br>DENISE JACKSON,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>ASHTON HUGHES,<br><br>    Counter-Defendant. | Case No. 4:19-cv-00028-CLC-SKL<br><br>JURY DEMAND<br><br>JUDGE COLLIER<br>MAGISTRATE JUDGE LEE |

## [PROPOSED] AGREED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO DISCLOSE EXPERTS AND SERVE FINAL WITNESS LISTS

Upon agreement of the parties, the parties' Joint Motion to Extend Deadlines to Disclose Experts and Serve Final Witness Lists (Dkt. 62) is GRANTED. The Scheduling Order (Dkt. 47) is hereby modified as follows:

1. Disclosure of any expert testimony in accordance with Rule 26(a)(2) shall be made by Plaintiffs by **September 11, 2020**, and Defendants by **October 29, 2020**.

2. On or before **November 13, 2020**, the parties shall provide to all other parties a final witness list in accordance with Rule 26(a)(3)(A)(i).

All other provisions of the Scheduling Order shall stay in effect.

IT IS SO ORDERED.

                                          Susan K. Lee, United States Magistrate Judge

APPROVED FOR ENTRY:

**NEAL & HARWELL, PLC**

By: /s/ Benjamin C. Aaron
     Philip N. Elbert, No. 009430
     Jeffrey A. Zager, No. 032451
     Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com
*Counsel for Plaintiffs*

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano (with permission)
**GERARD M. SICILIANO, BPR # 9647**
**ALAN C. BLOUNT, BPR # 035048**
100 W. Martin Luther King Blvd Ste 700
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034
*Attorneys for Denise Jackson*

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

/s/ G. Graham Thompson (with permission)
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
920 McCallie Avenue
Chattanooga, TN 37403
Phone: 423-777-4693
Fax: 423-648-2283
*Counsel for RVShare, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served by the Court's Electronic Filing System upon the following counsel of record on this 11th day of August, 2020.

| | |
|---|---|
| Gerard M. Siciliano, Esq. | Angela Cirina Kopet, Esq. |
| Alan C. Blount, Esq. | G. Graham Thompson, Esq. |
| LUTHER-ANDERSON, PLLP | COPELAND, STAIR, KINGMA & LOVELL, LLP |
| 100 W. MLK Blvd. Suite 700 | 920 McCallie Avenue |
| Chattanooga, TN 37401-0151 | Chattanooga, TN 37403 |
| *Counsel for Defendant Denise Jackson* | *Counsel for Defendant RVShare, LLC* |

Herbert H. Slatery III
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
*(via U.S. Mail only)*

                                                                   /s/ Benjamin C. Aaron