# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### WINCHESTER DIVISION

| | | |
|---|---|---|
| **ASHTON HUGHES,** | ) | |
| **JOSHUA VANDUSEN,** | ) | |
| **SHANNON HELMERS, and** | ) | |
| **CHARLES DODSON,** | ) | **Case No. 4:19-cv-00028-CLC-SKL** |
| | ) | |
| **Plaintiffs,** | ) | **JURY DEMAND** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **JUDGE COLLIER** |
| **DENISE JACKSON and** | ) | **MAGISTRATE JUDGE LEE** |
| **RVSHARE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **DENISE JACKSON,** | ) | |
| | ) | |
| **Counter-Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ASHTON HUGHES,** | ) | |
| | ) | |
| **Counter-Defendant.** | ) | |

## AGREED ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINES TO DISCLOSE EXPERTS AND SERVE FINAL WITNESS LISTS

Upon agreement of the parties, the parties' Joint Motion to Extend Deadlines to Disclose

Experts and Serve Final Witness Lists (Dkt. 62) is GRANTED. The Scheduling Order (Dkt. 47)

is hereby modified as follows:

1.      Disclosure of any expert testimony in accordance with Rule 26(a)(2) shall be

made by Plaintiffs by **September 11, 2020**, and Defendants by **October 29, 2020**.

2.      On or before **November 13, 2020**, the parties shall provide to all other parties a

final witness list in accordance with Rule 26(a)(3)(A)(i).

All other provisions of the Scheduling Order shall stay in effect.

IT IS SO ORDERED.

/s/ _____
UNITED STATES DISTRICT JUDGE
CURTIS L. COLLIER

APPROVED FOR ENTRY:

**NEAL & HARWELL, PLC**

By:  /s/ Benjamin C. Aaron
    Philip N. Elbert, No. 009430
    Jeffrey A. Zager, No. 032451
    Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN  37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com
*Counsel for Plaintiffs*

**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano (with permission)
**GERARD M. SICILIANO, BPR # 9647**
**ALAN C. BLOUNT, BPR # 035048**
100 W. Martin Luther King Blvd Ste 700
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034
*Attorneys for Denise Jackson*

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

 /s/ G. Graham Thompson (with permission)
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
920 McCallie Avenue
Chattanooga, TN 37403
Phone: 423-777-4693
Fax: 423-648-2283
*Counsel for RVShare, LLC*

2