IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES, ) | |
| JOSHUA VANDUSEN, ) | |
| SHANNON HELMERS, and ) | |
| CHARLES DODSON, ) | Case No. 4:19-cv-00028-CLC-SKL |
| ) | |
| Plaintiffs, ) | JURY DEMAND |
| ) | |
| v. ) | |
| ) | JUDGE COLLIER |
| DENISE JACKSON and ) | MAGISTRATE JUDGE LEE |
| RVSHARE, LLC, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT RVSHARE LLC'S NOTICE OF SERVING RESPONSES TO PLAINTIFF ASHTON HUGHES' WRITTEN DISCOVERY

COMES NOW Defendant RVshare, LLC ("RVshare"), and hereby notifies the Court that on this day its attorneys served upon counsel for all parties the following documents via U.S. Mail:

1. RVshare LLC's Responses to Plaintiff Ashton Hughes' First Set of Interrogatories and Requests for Production.

Respectfully submitted this 20th of August, 2020.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
735 Broad Street, Suite 1204
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283

## CERTIFICATE OF SERVICE

This is to certify the foregoing was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and as indicated below:

| | |
|---|---|
| Philip N. Elbert, Esq.<br>Jeffrey A. Zager, Esq.<br>Benjamin C. Aaron, Esq.<br>NEAL & HARWELL, PLC<br>1202 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>*Attorneys for Plaintiffs* | Gerard M. Siciliano, Esq.<br>Alan C. Blount, Esq.<br>LUTHER-ANDERSON, PLLP<br>100 W. MLK Blvd., Suite 700<br>Chattanooga, TN 37401<br>(423) 756-5034<br>*Attorneys for Denise Jackson* |

This 20th of August, 2020.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*