# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| ASHTON HUGHES, JOSHUA VANDUSEN, SHANNON HELMERS, and CHARLES DODSON, | Case No. 4:19-cv-00028-CLC-SKL |
| Plaintiffs, | JURY DEMAND |
| v. | |
| DENISE JACKSON and RVSHARE, LLC, | JUDGE COLLIER MAGISTRATE JUDGE LEE |
| Defendants. | |
| DENISE JACKSON, | |
| Counter-Plaintiff, | |
| v. | |
| ASHTON HUGHES, | |
| Counter-Defendant. | |

## [PROPOSED] AGREED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO DISCLOSE EXPERTS, SERVE FINAL WITNESS LISTS, AND COMPLETE DISCOVERY

Upon agreement of the Parties, the Parties' Joint Motion to Extend Deadlines to Disclose Experts, Serve Final Witness Lists, and Complete Discovery is GRANTED. The Scheduling Order (Dkt. 47) and the Agreed Order Granting Joint Motion to Extend Deadlines to Disclose Experts and Serve Final Witness Lists (Dkt. 64) are hereby modified as follows:

1. Disclosure of any expert testimony in accordance with Rule 26(a)(2) shall be made by Defendants by **December 4, 2020**.

2. On or before **December 14, 2020**, the Parties shall provide to all other Parties a final witness list in accordance with Rule 26(a)(3)(A)(i). Within seven (7) days after service of this final witness list, the list may be supplemented. After that time the list may be supplemented only with leave of the Court and for good cause.

3. All discovery, including the taking of depositions "for evidence" and requests for admissions, shall be completed by **January 29, 2021**.

All other provisions of the Scheduling Order shall stay in effect.

IT IS SO ORDERED.

APPROVED FOR ENTRY:

**NEAL & HARWELL, PLC**

By: /s/ Benjamin C. Aaron
    Philip N. Elbert, No. 009430
    Jeffrey A. Zager, No. 032451
    Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com
*Counsel for Plaintiffs*


**LUTHER-ANDERSON, PLLP**

By: /s/ Gerard M. Siciliano (with permission)
**GERARD M. SICILIANO, BPR # 9647**
**ALAN C. BLOUNT, BPR # 035048**
100 W. Martin Luther King Blvd Ste 700
P. O. Box 151
Chattanooga, TN 37401-0151
(423) 756-5034
*Attorneys for Denise Jackson*


**COPELAND, STAIR, KINGMA & LOVELL, LLP**

/s/ G. Graham Thompson (with permission)
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
735 Broad Street, Suite 1204
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283
*Counsel for RVShare, LLC*