IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | |
|---|---|
| Ashton Hughes, ) | |
| Joshua VanDusen, ) | |
| Shannon Helmers, and ) | |
| Charles Dodson, ) | |
| ) | |
| Plaintiffs, ) | No. 4:19-CV-00028-CLC-SKL |
| v. ) | |
| ) | JURY DEMAND |
| Denise Jackson and, ) | |
| RVShare, LLC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE TO TAKE VIDEO DEPOSITION OF ANGELIQUE STACEY

Comes now the Defendant, Denise Jackson, by and through counsel and hereby gives notice of the taking of the video deposition of Angelique Stacey, on **December 10, 2020 at 11:00 a.m. EST** pursuant to Rule 30 of the Federal Rules of Civil Procedure. This deposition is being taken pursuant to mutual agreement of all parties. All parties to this action will appear remotely via Zoom. The deposition will be taken before an officer duly authorized to administer oaths who will also record the oral examination process by written stenographic means. This deposition shall continue until complete. The Deponent is expected to testify regarding her prior rental of Defendant Denise Jackson's RV from May 30, 2018 to June 4, 2018.

Respectfully submitted,

LUTHER-ANDERSON, PLLP

By: __/s/ *Gerard M. Siciliano*__
GERARD M. SICILIANO, BPR #9647
*Attorney for Defendant, Denise Jackson*
100 W. MLK Blvd Suite 700
Chattanooga, TN 37401-0151
(423) 756-5034

## CERTIFICATE OF SERVICE

This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

This 3 day of December 2020.

LUTHER-ANDERSON, PLLP

By: /s/ *Gerard M. Siciliano*
GERARD M. SICILIANO, BPR #9647