IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | | |
|---|---|---|
| Ashton Hughes, <br> Joshua VanDusen, <br> Shannon Helmers, and <br> Charles Dodson, | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, <br> v. | ) <br> ) <br> ) | No. 4:19-CV-00028-CLC-SKL <br><br> JURY DEMAND |
| Denise Jackson and, <br> RVShare, LLC., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## DENISE JACKSON'S FINAL WITNESS LIST

Pursuant to the Scheduling Order entered in this case and *Fed. R. of Civ. P. 26(a)(3)A)(i)*, the Defendant, Denise Jackson, hereby submits the following witness list. The Defendant reserves the right to update or amend this as is necessary as discovery progresses and as additional information becomes available. The Defendant also reserves the right to rely upon the testimony of any witnesses listed or disclosed by the Plaintiffs as rebuttal witnesses and further reserves the right to add rebuttal witnesses as such witnesses may become necessary.

**Denise Jackson expects to present the following witnesses:**

1. Ashton Hughes, the Plaintiff.

2. Joshua VanDusen, the Plaintiff.

3. Shannon Helmers, the Plaintiff.

4. Charles Dodson, the Plaintiff.

5. Denise Jackson, the Defendant.

(714) 313-1130
7023 Boathouse Wy
Flowery Branch, GA 30542

6. Angelique Stacey, by deposition transcript
    (770) 912-8136
    (404) 702-9543
    1023 Bench Mark Drive
    McDonough, GA 30252-6650;

7. Gary Fischer, Kel Executive Services, by deposition transcript;
    North Richland Hills, TX;

8. Robert Enckhausen, Kel Executive Services, by deposition transcript;
    South Lake, Texas;

9. Mike DeHarde, US Forensic, Jackson's retained expert;
    (504) 831-7701
    3201 Ridgelake Dr.
    Metairie, LA 70002;

10. Taylor Runyan Lee, U.S. Naval Research Laboratory, Jackson's retained expert;
    (601) 215-1193
    25860 Highway 43
    Picayune, MS 39466;

**Denise Jackson expects to present the following witnesses if the need arises:**

11. Craig Scott Bennett;
    (404) 202-7629
    4870 Winding Rose Dr.
    Suwanee, GA. 30174

12. Kellee West;
    (931) 247-7715

13. Tony Finnell;
    Meigs County EMS
    14850 State Highway 582
    Decatur, TN 37322

14. Anissa Ducket
    (423) 381-4152
    410 Ridge Road
    Decatur, TN 37322

15. Justin Townley, by deposition transcript;
    (770) 979-4051
    1350 Hurricane Shoals Rd NE
    Lawrenceville, GA, 30043

16. Cummings Representative to be later identified;
    (678) 450-8700
    1765 Construction Drive
    Gainesville, GA 30507

17. William Keogh and/or Meggie Anne Keogh
    (720) 232-0038
    (706) 464-9889
    1803 Westwind Court
    League City, TX 77573
    5856 Fornof Road
    Columbus, GA 31909;

18. Witnesses listed in Plaintiffs' initial disclosures, discovery responses, and Final Witness List(s);

19. Witnesses listed in Defendant RV Share's initial disclosures, discovery responses, and Final Witness List(s).

20. Any impeachment or rebuttal witnesses as deemed necessary at trial.

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**

By: **/s/ *Gerard M. Siciliano***
    **GERARD M. SICILIANO, BPR #9647**
    *Attorney for Defendant, Denise Jackson*
    100 W. MLK Blvd Suite 700
    Chattanooga, TN 37401-0151
    (423) 756-5034

## CERTIFICATE OF SERVICE

This is to certify the foregoing pleading was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

This 14th day of December, 2020.

**LUTHER-ANDERSON, PLLP**

By: **/s/ *Gerard M. Siciliano***
**GERARD M. SICILIANO, BPR #9647**