IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

| | | |
|---|---|---|
| Ashton Hughes, | ) | |
| Joshua VanDusen, | ) | |
| Shannon Helmers, and | ) | |
| Charles Dodson, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 4:19-CV-00028-CLC-SKL |
| v. | ) | |
| | ) | JURY DEMAND |
| Denise Jackson and, | ) | |
| RVshare, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

### RULE 26(a)(3)(A)(i) FINAL WITNESS LIST OF DEFENDANT RVSHARE, LLC

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, the Scheduling Order of October 21, 2019, and the Order of November 23, 2020, Defendant RVshare, LLC (hereinafter "RVshare") submits the witness list below. RVshare reserves the right to update or amend this witness list as necessary as discovery progresses and as additional information becomes available. RVshare further reserves the right to rely upon the testimony of any witnesses listed or disclosed by the Plaintiffs as rebuttal witnesses and further reserves the right to add rebuttal witnesses as such witnesses may become necessary.

**RVshare expects to present the following witnesses:**

None at this time.

**RVshare may call the following witnesses if the need arises:**

1. Plaintiff Ashton Hughes;

2. Plaintiff Joshua VanDusen;

3. Plaintiff Shannon Helmers;

7557262v.11

4. Plaintiff Charles Dodson;

5. Defendant Denise Jackson;

6. Anissa Duckett
(423) 381-4152
410 Ridge Road
Decatur, TN 37322;

7. Justin Townley, Service Manager at National Indoor RV Center
(770) 979-4051
1350 Hurricane Shoals Rd. NE
Lawrenceville, GA 30043;

8. Gary Fischer, Kel Executive Services
North Richland Hills, TX;

9. Robert Enckhausen, Kel Executive Services
South Lake, TX;

10. Mark Stacey and/or Angelique Stacey
(770) 912-8136
(404) 702-9543
1023 Bench Mark Drive
McDonough, GA 30252-6650;

11. William Keogh and/or Meggie Anne Keogh
(720) 232-0038
(706) 464-9889
1803 Westwind Court
League City, TX 77573
5856 Fornof Road
Columbus, GA 31909;

12. Mike DeHarde, US Forensic
(504) 831-7701
3201 Ridgelake Dr.
Metairie, LA 70002;

13. Taylor Runyan Lee, U.S. Naval Research Laboratory
(601) 215-1193
25860 Highway 43
Picayune, MS 39466;

14. Witnesses listed in RVshare's initial disclosures, discovery responses, and expert disclosure(s);

15. Witnesses listed in Plaintiffs' initial disclosures, discovery responses, and Final

Witness List(s);

16. Witnesses listed in Defendant Denise Jackson's initial disclosures, discovery responses, and Final Witness List(s).

Respectfully submitted this 14th day of December, 2020.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*
ANGELA CIRINA KOPET, BPR 017921
G. GRAHAM THOMPSON, BPR 034467
735 Broad Street, Suite 1204
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283

### CERTIFICATE OF SERVICE

This is to certify the foregoing was filed electronically and that the notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

This 14th day of December, 2020,

**COPELAND, STAIR, KINGMA & LOVELL, LLP**

*/s/ G. Graham Thompson*

735 Broad Street, Suite 1204
Chattanooga, TN 37402

7557262v.13