IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| ASHTON HUGHES, | ) | |
| JOSHUA VANDUSEN, | ) | |
| SHANNON HELMERS, and | ) | |
| CHARLES DODSON, | ) | Case No. 4:19-cv-00028-CLC-SKL |
| | ) | |
| Plaintiffs, | ) | JURY DEMAND |
| | ) | |
| v. | ) | Judge Collier |
| | ) | |
| DENISE JACKSON and | ) | Magistrate Judge Lee |
| RVSHARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DENISE JACKSON, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASHTON HUGHES, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## PLAINTIFFS' WITNESS LIST

Plaintiffs, Ashton Hughes, Joshua VanDusen, Shannon Helmers, and Charles Dodson, hereby submit the following Witness List in accordance with the Scheduling Order and Fed. R. Civ. P. 26(a)(3)(A)(i). Plaintiffs reserve the right to update or amend this as is necessary as discovery progresses and as additional information becomes available. Plaintiffs also reserve the right to rely upon the testimony of any witnesses listed or disclosed by Defendants as rebuttal witnesses and further reserve the right to add rebuttal witnesses as such witnesses become necessary. Unless otherwise provided below, the following witnesses' addresses and telephone numbers have been provided to the extent known to Plaintiffs.

Plaintiffs expect to call the following witnesses:

1. Plaintiff Ashton (Hughes) Howard
2. Plaintiff Joshua VanDusen
3. Plaintiff Shannon Helmers
4. Plaintiff Charles Dodson
5. Defendant Denise Jackson
6. Rule 30(b)(6) corporate representative of Defendant RVshare, LLC
7. Mark Spears
8. Brandon Gunn
9. Zach Grosch
10. Brandon Reed
11. Gary Fischer
12. Robert Enckhausen
13. Samantha Rockey
14. Drew Hooker
15. Tony Finnell
16. Nita Jernigan
17. Anissa Duckett
18. Candy Grisham
19. Sydney Cole
20. April VanDusen
21. Sam VanDusen
22. Laura Helmers

23. Phillip Vaughan

24. Elizabeth Bungert

25. Quinn Hill

26. Holly Carson

27. Kristopher Dodson
    423-322-2974

28. Nicole Bernatowicz, DO

29. Wade Lenz, MD

30. Jean Cobb, PhD

31. Carnelius J. Mance, MD

32. Thomas Boduch, MD

33. Kirk J. Kleinfeld, MD

34. Emily Sitomer, FNP-C

35. Shannon Smith, LPC

36. Emily Kate Brumfield, MD

37. William Gregorie, MD


Plaintiffs intend to call the following witnesses if the need arises:

38. Keith James

39. Tyler Bradshaw

40. Doug Richardson

41. Rebekah McCarver

42. Caleb Tuell

43. Carole Dempsay

3

Case 4:19-cv-00028-CLC-SKL   Document 73   Filed 12/14/20   Page 3 of 7   PageID #: 327

23. Phillip Vaughan

24. Elizabeth Bungert

25. Quinn Hill

26. Holly Carson

27. Kristopher Dodson
    423-322-2974

28. Nicole Bernatowicz, DO

29. Wade Lenz, MD

30. Jean Cobb, PhD

31. Carnelius J. Mance, MD

32. Thomas Boduch, MD

33. Kirk J. Kleinfeld, MD

34. Emily Sitomer, FNP-C

35. Shannon Smith, LPC

36. Emily Kate Brumfield, MD

37. William Gregorie, MD


Plaintiffs intend to call the following witnesses if the need arises:

38. Keith James

39. Tyler Bradshaw

40. Doug Richardson

41. Rebekah McCarver

42. Caleb Tuell

43. Carole Dempsay

44. Matt Payne

45. John Fisher

46. Mike Diienno

47. Bryan Grisham

48. Jeannie Cantrell

49. Pete VanDusen

50. Stan Clark

51. Brian Jennings

52. Jeremiah Partin

53. Cathy Rhinehart

54. Ginger Pickens

55. Tim Sutter

56. Sarah Johnson, MD

57. Jennifer Dooley, MD

58. Brittany R. McKenzie, MD

59. Ryan Goldstein, MD

60. Michael G. Davis, MD

61. Christine Jeong, MD

62. Harry Severance, MD

63. Ashley Smith, MD

64. Jacob Cantrell, MD

65. Catherine Mabee, PT, DPT

66. Travis M. Kerr, MD

67. Kristen Allen, DNP, FNP-BC
    Cool Springs Internal Medicine & Pediatrics, PLLC
    1607 Westgate Circle, Suite 200
    Brentwood, TN 37027
    615-376-8195

68. Kavita Karlekar, MD

69. Mark Stacey and/or Angelique Stacey

70. Justin Townley

71. William Keogh and/or Meggie Anne Keogh

72. Representative of Air Evac Lifeteam
    1001 Boardwalk Springs Place, Suite 250
    O'Fallon, Missouri 63368
    636-695-5400

73. Representative of Med-Trans Air Medical Transportation
    2200 Westcourt Rd
    Denton, TX 76207
    940-591-5800

74. Representative of Vanderbilt LifeFlight
    1211 Medical Center Dr
    Nashville, TN 37232
    615-322-5000

75. Representative of Erlanger Baroness Hospital
    975 E 3rd St
    Chattanooga, TN 37403
    423-778-7000

76. Representative of Vanderbilt University Medical Center
    1211 Medical Center Dr
    Nashville, TN 37232
    615-322-5000

77. Representative of Unity Medical Center
    481 Interstate Dr
    Manchester, TN 37355
    931-728-6354

78. Representative of Coffee County EMS
    1110 Madison St
    Manchester, TN 37355
    931-723-2648

79. Witnesses listed in Plaintiffs' initial disclosures, expert disclosures, and discovery responses, including medical records

80. Witnesses listed in Defendant Denise Jackson's initial disclosures, expert disclosures, discovery responses, and witness list

81. Witnesses listed in Defendant RVshare, LLC's initial disclosures, expert disclosures, discovery responses, and witness list

82. Any impeachment or rebuttal witnesses as deemed necessary at trial

Dated: December 14, 2020.                    Respectfully submitted,

**NEAL & HARWELL, PLC**

By:   /s/ Benjamin C. Aaron
        Philip N. Elbert, No. 009430
        Jeffrey A. Zager, No. 032451
        Benjamin C. Aaron, No. 034118

1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com

*Counsel for Plaintiffs*

6

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served by the Court's Electronic Filing System upon the following counsel of record on this 14th day of December, 2020.

| | |
|---|---|
| Gerard M. Siciliano, Esq. | Angela Cirina Kopet, Esq. |
| Alan C. Blount, Esq. | G. Graham Thompson, Esq. |
| LUTHER-ANDERSON, PLLP | COPELAND, STAIR, KINGMA & LOVELL, LLP |
| 100 W. MLK Blvd. Suite 700 | 920 McCallie Avenue |
| Chattanooga, TN 37401-0151 | Chattanooga, TN 37403 |
| *Counsel for Defendant Denise Jackson* | *Counsel for Defendant RVShare, LLC* |

Herbert H. Slatery III
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
*(Will be served via U.S. Mail only)*

                                                                   /s/ Benjamin C. Aaron